UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AHKEEM WIGGINS<br>LA. DOC #586480<br>VS. | CIVIL ACTION NO. 5:16-CV-01088<br><br>SECTION P<br><br>JUDGE ELIZABETH E. FOOTE |
| W.S. MCCAIN, ET AL | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings[1] and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 25th day of MAY, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation of the Magistrate Judge states, "On July 26, 2011, Petitioner pled guilty to armed robbery with a firearm enhancement." Record Document 8, p. 1. However, the transcript of Petitioner's guilty plea and sentencing, dated July 25, 2011, reflects that he pled guilty to armed robbery and received a fifteen year sentence, without any "firearm enhancement bill." See Record Document 4-1, p. 6. The Court makes this notation only for clarification of the findings; it does not affect the reasoning for the ultimate conclusion that Petitioner's petition is untimely.